PETER E. SWENSON, Respondent, *v.* THE WILSON & BAILLIE MANUFACTURING COMPANY, Appellant.

*Swenson* v. *Wilson & Baillie Mfg. Co.,* 102 App. Div. 477, affirmed.
(Argued October 10, 1906; decided October 26, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

March 24, 1905, sustaining plaintiff's exceptions to a dismissal of the complaint by the court at a Trial Term, which exceptions were ordered to be heard in the first instance by the Appellate Division, and granting a motion for a new trial in an action to recover for personal injuries alleged to have been received by the plaintiff through the negligence of his employer, the defendant.

*Frank Verner Johnson* for appellant.

*Conrad Saxe Keyes* for respondent.

Order affirmed and judgment absolute ordered against the appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ. Absent: GRAY, J.